IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MELCHIZDEK MAHUMMAD**                                                          **PLAINTIFF**
**ADC# 109519**

V.                      **CASE NO.: 5:08CV00125 JLH/BD**

**EDWARD ADAMS,** *ET AL.*                                                **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**  **Procedure for Filing Objections:**

The following recommended disposition has been sent to United States District Court Chief Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date you receive the Recommended Disposition. A copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

**II.     Background:**

On May 1, 2008, Plaintiff, an Arkansas Department of Correction inmate proceeding pro se, filed this lawsuit under 28 U.S.C. § 1983 (docket entry #2). Plaintiff requested that he be allowed to proceed *in forma pauperis* (#1). On May 5, 2008, the Court issued an Order directing Plaintiff to file an Amended Complaint within thirty days and holding Plaintiff's application to proceed *in forma pauperis* in abeyance during that time (#3). Plaintiff was notified that failure to comply with the Court's order could result in dismissal of his case.

On May 12, 2008, Plaintiff filed a notice of change of address with the Court (#5). On May 28, 2008, the original May 5, 2008 Order sent to Plaintiff was returned as undeliverable (#6). The Order was re-sent to Plaintiff's new address (#6). Since that time, Plaintiff has not filed an Amended Complaint in this matter.

**III.    Conclusion:**

The Court recommends that the District Court dismiss Plaintiff's Complaint without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of May 5, 2008 (#3)

DATED this 30th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE