IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MELCHIZDEK MAHUMMAD**                                                   **PLAINTIFF**
**ADC# 109519**

**v.**                 **CASE NO.: 5:08CV00125 JLH/BD**

**EDWARD ADAMS,** *ET AL*                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint is DISMISSED without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order (docket entry #3) of May 5, 2008. Plaintiff's Application to Proceed *In Forma Pauperis* (#1) is DENIED as moot.

IT IS SO ORDERED, this 18th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE