# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MELCHIZDEK MAHUMMAD**                                                                 **PLAINTIFF**
**ADC# 109519**

**v.**                            **CASE NO.: 5:08CV00125 JLH/BD**

**EDWARD ADAMS,** *ET AL*                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 18th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE